OPINION — AG — ** COUNTY JUDGES — TEMPORARY ** A PERSON WHO HAS BEEN SELECTED AS A TEMPORARY COUNTY JUDGE SINCE SHOULD BE PAID FOR HIS SERVICES FOR EACH DAY OR PART THEREOF AT THE RATE PAID OF 1/360TH OF THE SALARY ACTUALLY BEING PAID TO REGULAR COUNTY JUDGES, AND NOT 1/360TH OF THE SALARY FIXED FOR SUCH OFFICE BY HOUSE BILL NO. 693, IF THE REGULAR COUNTY JUDGE IS NOT RECEIVING THE LATTER SALARY. (COMPENSATION) CITE: 20 O.S. 292 [20-292] (J. H. JOHNSON)